**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Newport News Division

| | |
|---|---|
| COURTNEY HLADIK,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CREDIT KARMA, LLC,<br><br>　　　　　　　　　Defendant. | Case No. 4:25-cv-00148 (EWH) (LRL) |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND TO STRIKE

Defendant Credit Karma, LLC ("Credit Karma"), by and through undersigned counsel, moves to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and, in the alternative, to strike the class allegations pursuant to Fed. R. Civ. P. 12(f).

For the reasons set forth in Defendant's Memorandum of Law in Support of Its Motion to Dismiss and to Strike filed herewith, Credit Karma respectfully requests that this Court grant this motion in its entirety.

Date: January 23, 2026　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Timothy St. George*
　　　　　　　　　　　　　　　　　　　Karin Dryhurst (*pro hac vice pending*)
　　　　　　　　　　　　　　　　　　　Jonathan Paikin (*pro hac vice pending*)
　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　　2100 Pennsylvania Avenue NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20037
　　　　　　　　　　　　　　　　　　　Telephone: (202) 663-6000
　　　　　　　　　　　　　　　　　　　Facsimile: (202) 663-6363
　　　　　　　　　　　　　　　　　　　karin.dryhurst@wilmerhale.com
　　　　　　　　　　　　　　　　　　　jonathan.paikin@wilmerhale.com


　　　　　　　　　　　　　　　　　　　Timothy St. George (VSB No. 77349)

David N. Anthony VSB No. 31696
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
david.anthony@troutman.com
tim.stgeorge@troutman.com

*Counsel for Defendant Credit Karma*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2026, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Dated: January 23, 2026                              Respectfully Submitted,

/s/ Timothy J. St. George_____
Timothy St. George (VSB No. 77349)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
tim.stgeorge@troutman.com

*Counsel for Defendant Credit Karma*